Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1328, Misc.   FRENCH *v.* ILLINOIS.   Sup. Ct. Ill.

No. 1369, Misc.   GREGORY *v.* NEW YORK.   Ct. App. N. Y.   Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1438, Misc.   NOVAK *v.* ILLINOIS.   Sup. Ct. Ill. *Sam Adams* for petitioner.

No. 1616, Misc.   BROWN *v.* ARKANSAS.   Sup. Ct. Ark. Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 53, Misc.   HANSHAW *v.* ARIZONA ET AL.   Sup. Ct. Ariz.   Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, *William E. Eubank,* Chief Assistant Attorney General, and *Gary K. Nelson,* Assistant Attorney General, for respondents.

No. 172, Misc.   STILL *v.* CALIFORNIA.   Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 194, Misc.   SCHLETTE *v.* CALIFORNIA ET AL.   Sup. Ct. Cal.   Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 201, Misc.   LOPEZ *v.* CALIFORNIA; and

No. 226, Misc.   IN RE WINHOVEN.   Sup. Ct. Cal. Reported below: 62 Cal. 2d 368, 398 P. 2d 380.

No. 258, Misc.   CHILDRESS *v.* BETO, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   *William E. Gray* for petitioner.   *Waggoner Carr,* Attorney General of Texas,

*Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 263, Misc. ABDELKADER *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Jennifer L. Bain,* Deputy Attorneys General, for respondents.

No. 266, Misc. BICKLEY ET AL. *v.* OLIVER, WARDEN, ET AL. Sup. Ct. Cal.

No. 338, Misc. PEEK *v.* UNITED STATES ET AL. C. A. 9th Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar,* and *David Norman* for the United States et al.

No. 354, Misc. EDWARDS *v.* HOLMAN, WARDEN. C. A. 5th Cir. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent. ■

No. 425, Misc. JAMES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 579, Misc. SENO *v.* MACIEISKI, WARDEN. C. A. 7th Cir. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 615, Misc. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal.

No. 598, Misc. PAULSEN *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Petitioner *pro se. Robert W. Duggan* for respondent.

No. 581, Misc. GOODCHILD *v.* BURKE, WARDEN. Sup. Ct. Wis. Petitioner *pro se. Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz*